IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00343-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     DELANO MONROE,
2.     SOLOMON CHAMBERS,
3.     ALEXIS MONROE,
4.     JOSHUA SAMPSON,
5.     MICHAEL WATERTON, and
6.     ASHLEY MONTGOMERY,

      Defendants.

---

## MOTION TO UNRESTRICT SEARCH WARRANTS IN THE CASE

---

The United States, by Acting United States Attorney Matthew T. Kirsch, and through Assistant United States Attorney Zachary Phillips, hereby respectfully requests the Court unrestrict the restricted search warrants related to the case numbers referenced in Attachment A. The search warrants have been executed, and accordingly, there is no longer a necessity for the documents to remain restricted from public access.

Respectfully submitted this 19th day of April, 2021.

                                  MATTHEW T. KIRSCH
                                  ACTING UNITED STATES ATTORNEY

                        By:   *s/Zachary Phillips*
                              Zachary Phillips
                              Assistant United States Attorney
                              United States Attorney's Office
                              1801 California St., Ste. 1600
                              Denver, CO 80202
                              Telephone: (303) 454-0100
                              Fax:  (303) 454-0406
                              E-mail: zachary.phillips@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of April, 2021, I electronically filed the foregoing **MOTION TO UNRESTRICT SEARCH WARRANTS IN THE CASE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                            *s/Maggie Grenvik*
                                                             MAGGIE GRENVIK
                                                             Legal Assistant
                                                            U.S. Attorney's Office